UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Dallas T. Richards, ) | |
| ) | Case No. 3:14-cv-0730 |
| Plaintiffs, ) | Judge Sharp |
| ) | Magistrate Judge Griffin |
| v. ) | |
| ) | |
| Williamson County Board of Education, ) | |
| ) | |
| Defendant. ) | |

ENTRY OF JUDGMENT

Pursuant to the Order of the Court (Docket Entry No. 45) the Clerk hereby enters judgment pursuant to Plaintiff's Notice of Acceptance of Defendant's Rule 68 Offer of Judgment (Docket Entry No. 44-1). Judgment is hereby entered against Defendant Williamson County Board of Education in favor of Plaintiff Dallas T. Richards the amount of $100,000.00, inclusive of damages, interest, costs, and attorney's fees.

s/ Keith Throckmorton

Keith Throckmorton
Clerk of Court